People of State of Illinois, Defendant in Error, v.
William Brogan et al., Plaintiffs in Error.

Term No. 47F10.

opinion filed April 28, 1947; released for publication June 2, 1947. H. R. Lightfoot, of Harrisburg, for plaintiffs in error; K. C. Ronalds, State's Attorney, of Harrisburg, for defendant in error; Lloyd H. Melton, Assistant State's Attorney, of Harrisburg, of counsel. Opinion by JUSTICE SMITH. Not to be published in full.